# IN THE SUPREME COURT OF THE STATE OF NEVADA

TERRY LOUIS CARTER,
Appellant,
vs.
SHIRLEY D. LINDSEY, ESQ.,
APPEALS OFFICER; AND STATE OF
NEVADA DEPARTMENT OF
BUSINESS AND INDUSTRY, DIVISION
OF INDUSTRIAL RELATIONS,
Respondents.

No. 73841

**FILED**

JUN 01 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This appeal was docketed in this court without payment of the requisite filing fee. On April 24, 2018, the court entered an order denying appellant's motion for reconsideration, stating that this court will not take action on any pleadings filed in this court until the fee is paid. The order further advised that failure to pay the filing fee within ten days would result in the dismissal of this appeal. To date, appellant has not paid the filing fee. Accordingly, cause appearing, this appeal is hereby dismissed.[1]

It is so ORDERED.

_____, J.
Cherry

_____, J.
Parraguirre

_____, J.
Stiglich

---

[1]Appellant's pro se motion to reissue this court's April 24, 2108, order as an opinion is denied. Appellant's pro se motion for en banc reconsideration of this court's April 24, 2018, motion is denied, as no rule provides for en banc reconsideration in this instance. *See* NRAP 27(c)(2).

SUPREME COURT
OF
NEVADA

(O) 1947A

18-20826

cc: Terry Louis Carter
Dept of Business and Industry/Div of Industrial Relations/Henderson

